THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Earl
 Sprouse, Appellant.
 
 
 

Appeal From Union County
Larry B. Hyman, Jr., Circuit Court Judge

Unpublished Opinion No. 2010-UP-447
 Submitted October 1, 2010  Filed October
14, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM: John Earl Sprouse appeals his plea to assault and
 battery of a high and aggravated nature, arguing the plea court erred in
 accepting his nolo contendre plea because Sprouse failed to state
 on the record that he did not wish to contest the State's allegations against
 him.  After a thorough review
 of the record and counsel's brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's petition to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF
 and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.